## Case No. 3,489.
### CURRAY v. McMUNN.
[2 Cranch, C. C. 51.][1]

Circuit Court, District of Columbia. July Term, 1812.

ACCOUNTING OF EXECUTOR.

The executor, upon plene administravit, is not to be charged with lands devised to him to be sold, if necessary, to pay debts.

The defendant [McMunn's executor] pleaded plene administravit.

E. J. Lee, for the plaintiff, contended that the defendant was to be charged with the lands devised to the executor to be sold, if necessary, to pay the debts.

But THE COURT (THRUSTON, Circuit Judge, absent) was clearly of a contrary opinion. A bill of exceptions was taken, but no writ of error prosecuted.

[1] [Reported by Hon. William Cranch, Chief Judge.]